**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Johney FREEMAN, Defendant-Appellant.**

No. 16-6128

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Johney Freeman, Appellant Pro Se. V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Stephen Westley Haynie, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

Affirmed by unpublished per curiam opinion.

PER CURIAM:

Johney Freeman appeals the district court's order denying his petition for a writ of error audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Freeman, No. 2:88–cr–00076–jcc–2, 2016 WL 3525279 (E.D. Va. Jan. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

AFFIRMED